## IN THE UNITED STATES BANKRUPCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GREGORY MORGAN WHEELER<br>DEBTOR(S) | )<br>)  CHAPTER 13<br>)<br>)  NO. 20-BK-02132-HWV<br>)<br>)  JUDGE HENRY W. VAN ECK<br>)<br>) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 20th day of July, 2020.

                Respectfully submitted,

                /s/ Joshua I. Goldman

                Joshua I. Goldman, Esq.
                Pennsylvania Bar # 205047
                PADGETT LAW GROUP
                6267 Old Water Oak Road, Suite 203
                Tallahassee, FL 32312
                (850) 422-2520 (telephone)
                (850) 422-2567 (facsimile)
                josh.goldman@padgettlawgroup.com
                *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 20th day of July, 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 20-BK-02132-HWV)

DEBTOR
GREGORY MORGAN WHEELER
AKA GREGORY M WHEELER
36 HIGHLAND DRIVE
HANOVER, PA 17331

ATTORNEY FOR DEBTOR
GARY J IMBLUM
IMBLUM LAW OFFICES, P.C.
4615 DERRY STREET
HARRISBURG, PA 17111

TRUSTEE
CHARLES J DEHART, III
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASSISTANT U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101