Certificate Number: 05781-PAM-DE-034702829

Bankruptcy Case Number: 20-02132


05781-PAM-DE-034702829

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2020, at 6:24 o'clock PM PDT, Gregory Wheeler completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 24, 2020

By: /s/Allison M Geving

Name: Allison M Geving

Title: President