# DRIVE-BY CMA
by ClearCapital

**36 Highland Dr**  
Hanover, PA 17331

**194286**  
Loan Number

**$235,000**  
As-Is Value

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 36 Highland Dr, Hanover, PA 17331 | **Order ID** | 6481900 |
| **Inspection Date** | 01/08/2020 | **Date of Report** | 01/13/2020 |
| **Loan Number** | 194286 | **APN** | 41K17-0141-000 |
| **Borrower Name** | GREGORY M WHEELER | **County** | Adams |

**Property ID** 27756357

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | BPO Bulk Orders 01.08.2020 | **Tracking ID 1** | 194286 BAT |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| Owner | Gregory Wheeler |
| R. E. Taxes | $3,780 |
| Assessed Value | $224,300 |
| Zoning Classification | residential |
| Property Type | SFR |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | $0 |
| Estimated Interior Repair Cost | $0 |
| Total Estimated Repair | $0 |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**

bi level home on one plus acre lot. Home appears maintained needing no repairs.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Suburban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $167,000<br>High: $307,000 |
| Market for this type of property | Increased 2 % in the past 6 months |
| Normal Marketing Days | <90 |

**Neighborhood Comments**

Quite road just outside of south Hanover. homes sit on acre plus lots and are about the same gross living area. Lite traffic use.

# DRIVE-BY CMA
by ClearCapital

**36 Highland Dr**
Hanover, PA 17331

**194286**
Loan Number

**$235,000**
As-Is Value

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| Street Address | 36 Highland Dr | 8 Emerson Ct | 196 Skylite Dr | 509 Lakeview Circle |
| City, State | Hanover, PA | Hanover, PA | Hanover, PA | Littlestown, PA |
| Zip Code | 17331 | 17331 | 17331 | 17340 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 3.55 [1] | 2.79 [1] | 3.59 [1] |
| Property Type | SFR | SFR | SFR | SFR |
| Original List Price $ | $ | $222,900 | $229,000 | $189,900 |
| List Price $ | -- | $222,900 | $214,900 | $189,900 |
| Original List Date | | 09/24/2019 | 08/26/2019 | 11/27/2019 |
| DOM - Cumulative DOM | -- -- | 106 - 111 | 137 - 140 | 44 - 47 |
| Age (# of years) | 30 | 33 | 26 | 47 |
| Condition | Average | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories bi level | 3 Stories split | 2 Stories split level | 2 Stories bi level |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 1,338 | 1,320 | 1,080 | 1,054 |
| Bdrm - Bths - ½ Bths | 3 - 2 | 3 - 2 | 4 - 3 | 4 - 1 - 1 |
| Total Room # | 6 | 6 | 7 | 6 |
| Garage (Style/Stalls) | Attached 2 Car(s) | Attached 2 Car(s) | Attached 1 Car | Attached 1 Car |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 50% | 100% | 100% |
| Basement Sq. Ft. | 648 | 533 | 552 | 775 |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 1.26 acres | 0.02 acres | 0.47 acres | 0.23 acres |
| Other | shed | patio | deck | deck |

\* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price

**Listing Comments** Why the comparable listing is superior or inferior to the subject.
**Listing 1** split level home with equal gross living area and bathroom count inferior lot size
**Listing 2** split level with like gross living area superior bathroom count inferior lot size
**Listing 3** bi level home with like gross living area infer lot size and athroom count

Client(s): Fay Servicing - NB ECOA    Property ID: 27756357    Effective: 01/08/2020    Page: 2 of 13

# DRIVE-BY CMA
by ClearCapital

**36 Highland Dr**
Hanover, PA 17331

**194286**
Loan Number

**$235,000**
As-Is Value

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 |
|---|---|---|---|---|
| Street Address | 36 Highland Dr | 1077 Pine Grove Rd | 185 Pine Grove Rd | 328 Park Heights Ave |
| City, State | Hanover, PA | Hanover, PA | Hanover, PA | Hanover, PA |
| Zip Code | 17331 | 17331 | 17331 | 17331 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 0.34 | 1.34 | 3.70 |
| Property Type | SFR | SFR | SFR | SFR |
| Original List Price $ | -- | $259,900 | $229,900 | $229,500 |
| List Price $ | -- | $2,549,000 | $229,900 | $229,000 |
| Sale Price $ | -- | $254,900 | $229,900 | $220,000 |
| Type of Financing | -- | Conventional | Va | Conventional |
| Date of Sale | -- | 05/23/2019 | 05/01/2019 | 12/12/2019 |
| DOM · Cumulative DOM | -- -- | 69 69 | 6 · 49 | 12 · 63 |
| Age (# of years) | 30 | 44 | 50 | 45 |
| Condition | Average | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral, Residential | Neutral, Residential | Neutral, Residential | Neutral, Residential |
| View | Neutral; Residential | Neutral, Residential | Neutral; Residential | Neutral; Residential |
| Style/Design | 2 Stories bi level | 2 Stories bi level | 2 Stories split | 2 Stories bi level |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 1,338 | 1,390 | 1,220 | 1,050 |
| Bdrm · Bths · ½ Bths | 3 · 2 | 3 · 2 · 1 | 3 · 2 | 4 · 2 |
| Total Room # | 6 | 6 | 6 | 6 |
| Garage (Style/Stalls) | Attached 2 Car(s) | Attached 2 Car(s) | Attached 1 Car | Attached 2 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 100% | 100% |
| Basement Sq. Ft. | 648 | 700 | 800 | 1,050 |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 1.26 acres | 0.78 acres | 0.54 acres | 0.27 acres |
| Other | shed | deck, up graded kitchen | covered patio | detached 3 car garage |
| Net Adjustment | -- | -$10,000 | +$4,000 | -$3,000 |
| Adjusted Price | -- | $244,900 | $233,900 | $217,000 |

* Sold 1 is the most comparable sale to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject

**Sold 1** bi level home with like gross living area and bathroom count superior in up graded kitchen - 10,000
**Sold 2** split level home with like gross living area and bathroom count inferior age +2000 inferior lot size +2000
**Sold 3** bi level home inferior gross living above ground + 3000 inferior lot size +4000 superior in detached 3 bay garage with electric - 10,000

# DRIVE-BY CMA
by ClearCapital

**36 Highland Dr**  
Hanover, PA 17331

**194286**  
Loan Number

**$235,000**  
As-Is Value

## Subject Sales & Listing History

| | |
|---|---|
| **Current Listing Status** | Not Currently Listed |
| **Listing Agency/Firm** | |
| **Listing Agent Name** | |
| **Listing Agent Phone** | |
| **# of Removed Listings in Previous 12 Months** | 0 |
| **# of Sales in Previous 12 Months** | 0 |

**Listing History Comments**  
property last sold on 08/22/2003 for $150,000

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $240,000 | $240,000 |
| **Sales Price** | $235,000 | $235,000 |

**Comments Regarding Pricing Strategy**  
based pricing on sold comps . PUTTING THE MOST WEIGHT ON SOLD COMPS 1 AND 2

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**  The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**36 Highland Dr**
Hanover, PA 17331

**194286**
Loan Number

**$235,000**
As-Is Value

## Subject Photos


Front


Address Verification


Side


Side


Street


Street

Client(s): Fay Servicing- NB ECOA    Property ID: 27756357    Effective: 01/08/2020    Page 9 of 13