## PERSONAL AND CHECK INFORMATION

Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx   Employee ID: 54

Home Department: 100 Staff

Pay Period: 04/20/20 to 04/26/20
Check Date: 05/01/20   Check #: 5785

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 935.25 | 18318.13 |
| **NET PAY** | **935.25** | **18318.13** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 12.00 | 32.0000 | 384.00 | 636.00 | 20352.00 |
| Holiday | | | | 24.00 | 768.00 |
| Vacation | 24.00 | 32.0000 | 768.00 | 48.00 | 1536.00 |
| Total Hours | 36.00 | | | 708.00 | |
| Gross Earnings | | | 1152.00 | | 22656.00 |
| Total Hrs Worked | 12.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 71.42 | 1404.67 |
| Medicare | | 16.70 | 328.51 |
| Fed Income Tax | M 1 | 93.26 | 1909.08 |
| PA Income Tax | | 35.37 | 695.61 |
| **TOTAL** | | **216.75** | **4337.87** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 935.25 | 18318.13 |

Payrolls by Paychex, Inc.

0030 0030-8614  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx   Employee ID: 54

Home Department: 100 Staff

Pay Period: 04/27/20 to 05/03/20
Check Date: 05/08/20   Check #: 5818

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 19352.29 |
| NET PAY | 1034.16 | 19352.29 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 32.0000 | 1280.00 | 676.00 | 21632.00 |
| Holiday | | | | 24.00 | 768.00 |
| Vacation | | | | 48.00 | 1536.00 |
| Total Hours | 40.00 | | | 748.00 | |
| Gross Earnings | | | 1280.00 | | 23936.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 1484.03 |
| Medicare | | 18.56 | 347.07 |
| Fed Income Tax | M 1 | 108.62 | 2017.70 |
| PA Income Tax | | 39.30 | 734.91 |
| TOTAL | | 245.84 | 4583.71 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1034.16 | 19352.29 |

Payrolls by Paychex, Inc.

0030 0030-8614  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx     Employee ID: 54

Home Department: 100 Staff

Pay Period: 05/04/20 to 05/10/20
Check Date: 05/15/20     Check #: 5851

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 20386.45 |
| NET PAY | 1034.16 | 20386.45 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 32.0000 | 1280.00 | 716.00 | 22912.00 |
| Holiday | | | | 24.00 | 768.00 |
| Vacation | | | | 48.00 | 1536.00 |
| Total Hours | 40.00 | | | 788.00 | |
| Gross Earnings | | | 1280.00 | | 25216.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 1563.39 |
| Medicare | | 18.56 | 365.63 |
| Fed Income Tax | M 1 | 108.62 | 2126.32 |
| PA Income Tax | | 39.30 | 774.21 |
| TOTAL | | 245.84 | 4829.55 |

**NET PAY**     THIS PERIOD ($) 1034.16     YTD ($) 20386.45

Payrolls by Paychex, Inc.

0030 0030-8614  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx    Employee ID: 54

Home Department: 100 Staff

Pay Period: 05/11/20 to 05/17/20
Check Date: 05/22/20    Check #: 5884

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 762.13 | 21148.58 |
| NET PAY | 762.13 | 21148.58 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 29.00 | 32.0000 | 928.00 | 745.00 | 23840.00 |
| Holiday | | | | 24.00 | 768.00 |
| Vacation | | | | 48.00 | 1536.00 |
| Total Hours | 29.00 | | | 817.00 | |
| Gross Earnings | | | 928.00 | | 26144.00 |
| Total Hrs Worked | 29.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 57.54 | 1620.93 |
| Medicare | | 13.46 | 379.09 |
| Fed Income Tax | M 1 | 66.38 | 2192.70 |
| PA Income Tax | | 28.49 | 802.70 |
| TOTAL | | 165.87 | 4995.42 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 762.13 | 21148.58 |

Payrolls by Paychex, Inc.

0030 0030-8514  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx  Employee ID: 54

Home Department: 100 Staff

Pay Period: 05/18/20 to 05/24/20
Check Date: 05/29/20  Check #: 5917

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 22182.74 |
| NET PAY | 1034.16 | 22182.74 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 32.0000 | 1280.00 | 785.00 | 25120.00 |
| Holiday | | | | 24.00 | 768.00 |
| Vacation | | | | 48.00 | 1536.00 |
| Total Hours | 40.00 | | | 857.00 | |
| Gross Earnings | | | 1280.00 | | 27424.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 1700.29 |
| Medicare | | 18.56 | 397.65 |
| Fed Income Tax | M 1 | 108.62 | 2301.32 |
| PA Income Tax | | 39.30 | 842.00 |
| TOTAL | | 245.84 | 5241.26 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1034.16 | 22182.74 |

Payrolls by Paychex, Inc.

0030 0030-8614  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx   Employee ID: 54

Home Department: 100 Staff

Pay Period: 05/25/20 to 05/31/20
Check Date: 06/05/20   Check #: 5951

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 23216.90 |
| NET PAY | 1034.16 | 23216.90 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 24.00 | 32.0000 | 768.00 | 809.00 | 25888.00 |
| Holiday | 8.00 | 32.0000 | 256.00 | 32.00 | 1024.00 |
| Vacation | 8.00 | 32.0000 | 256.00 | 56.00 | 1792.00 |
| Total Hours | 40.00 | | | 897.00 | |
| Gross Earnings | | | 1280.00 | | 28704.00 |
| Total Hrs Worked | 24.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 1779.65 |
| Medicare | | 18.56 | 416.21 |
| Fed Income Tax | M 1 | 108.62 | 2409.94 |
| PA Income Tax | | 39.30 | 881.30 |
| TOTAL | | 245.84 | 5487.10 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1034.16 | 23216.90 |

Payrolls by Paychex, Inc.

0030 0030-8614  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx     Employee ID: 54

Home Department: 100 Staff

Pay Period: 06/01/20 to 06/07/20
Check Date: 06/12/20     Check #: 5985

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 24251.06 |
| **NET PAY** | **1034.16** | **24251.06** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 32.0000 | 1280.00 | 849.00 | 27168.00 |
| Holiday | | | | 32.00 | 1024.00 |
| Vacation | | | | 56.00 | 1792.00 |
| Total Hours | 40.00 | | | 937.00 | |
| Gross Earnings | | | 1280.00 | | 29984.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 1859.01 |
| Medicare | | 18.56 | 434.77 |
| Fed Income Tax | M 1 | 108.62 | 2518.56 |
| PA Income Tax | | 39.30 | 920.60 |
| **TOTAL** | | **245.84** | **5732.94** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1034.16 | 24251.06 |

Payrolls by Paychex, Inc.

0030 0030-8614  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx　　Employee ID: 54

Home Department: 100 Staff

Pay Period: 06/08/20 to 06/14/20
Check Date: 06/19/20　　Check #: 6019

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 25285.22 |
| NET PAY | 1034.16 | 25285.22 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 40.00 | 32.0000 | 1280.00 | 889.00 | 28448.00 |
| | Holiday | | | | 32.00 | 1024.00 |
| | Vacation | | | | 56.00 | 1792.00 |
| | Total Hours | 40.00 | | | 977.00 | |
| | Gross Earnings | | | 1280.00 | | 31264.00 |
| | Total Hrs Worked | 40.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 79.36 | 1938.37 |
| | Medicare | | 18.56 | 453.33 |
| | Fed Income Tax | M 1 | 108.62 | 2627.18 |
| | PA Income Tax | | 39.30 | 959.90 |
| | TOTAL | | 245.84 | 5978.78 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1034.16 | 25285.22 |

Payrolls by Paychex, Inc.

0030 0030-8614　HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx    Employee ID: 54

Home Department: 100 Staff

Pay Period: 06/15/20 to 06/21/20
Check Date: 06/26/20    Check #: 6053

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 26319.38 |
| NET PAY | 1034.16 | 26319.38 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 32.0000 | 1280.00 | 929.00 | 29728.00 |
| Holiday | | | | 32.00 | 1024.00 |
| Vacation | | | | 56.00 | 1792.00 |
| Total Hours | 40.00 | | | 1017.00 | |
| Gross Earnings | | | 1280.00 | | 32544.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 2017.73 |
| Medicare | | 18.56 | 471.89 |
| Fed Income Tax | M 1 | 108.62 | 2735.80 |
| PA Income Tax | | 39.30 | 999.20 |
| TOTAL | | 245.84 | 6224.62 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1034.16 | 26319.38 |

Payrolls by Paychex, Inc.

0030 0030-8514  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 365-3037

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Gregory M Wheeler
36 High Land Dr
Hanover, PA 17331
Soc Sec #: xxx-xx-xxxx    Employee ID: 54

Home Department: 100 Staff

Pay Period: 06/22/20 to 06/28/20
Check Date: 07/03/20    Check #: 6087

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1034.16 | 27353.54 |
| NET PAY | 1034.16 | 27353.54 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 32.0000 | 1280.00 | 969.00 | 31008.00 |
| Holiday | | | | 32.00 | 1024.00 |
| Vacation | | | | 56.00 | 1792.00 |
| Total Hours | 40.00 | | | 1057.00 | |
| Gross Earnings | | | 1280.00 | | 33824.00 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 79.36 | 2097.09 |
| Medicare | | 18.56 | 490.45 |
| Fed Income Tax | M 1 | 108.62 | 2844.42 |
| PA Income Tax | | 39.30 | 1038.50 |
| TOTAL | | 245.84 | 6470.46 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1034.16 | 27353.54 |

Payrolls by Paychex, Inc.

0030 0030-8614  HLT Consulting & Contracting Inc • 11690 Garland Road • Greensboro MD 21639 • (410) 355-3037